UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No.: 8:09-cr-78-T-33EAJ

JAMES STANTON PERRY,

    Defendant.

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

**THIS CAUSE** is before the court upon the filing of the Motion of the United States of America for Entry of a Preliminary Order of Forfeiture (the "Forfeiture Motion," Doc. 89) which, at sentencing, shall be a final order as to defendant James Stanton Perry's right, title and interest in six (6) rounds of Speer 9mm ammunition (the "Ammunition").

Being fully advised in the premises, the Court finds:

**WHEREAS**, the United States has established the requisite *nexus* between the Ammunition and the offense charged in Count One of the Indictment, in violation of 18 U.S.C. § 922(g)(1), for which James Stanton Perry ("Defendant") has been found guilty, the Government is now entitled to possession of the Ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

Accordingly, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that:

1.     The Forfeiture Motion (Doc. 89) is **GRANTED**.

2.     All right, title and interest of Defendant in the Ammunition are hereby

condemned and forfeited to the Government for disposition according to law, subject to the provisions of 21 U.S.C. § 853.

3. Following entry of this Order, the Government, pursuant to 21 U.S.C. § 853(n) [incorporated by 28 U.S.C. § 2461(c)], will provide written notice to all third parties known to have an alleged legal interest in the Ammunition and will publish notice on the internet at www.forfeiture.gov. The Government may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Ammunition, as substitute for published notice as to those persons so notified.

4. Any person, other than Defendant, who has or claims any right, title, or interest in the Ammunition must file a petition with the Court for a hearing to adjudicate the validity of his or her alleged interest. Within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier, the petition should be mailed to:

> The Clerk of the United States District Court
> Tampa Division
> 801 North Florida Avenue
> Tampa, Florida 33602

5. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the Ammunition, any additional facts surrounding the petitioner's claim, and the relief sought.

6. After receipt of the petition by the Court, the court will set a hearing to determine the validity of the petitioner's alleged interest in the Ammunition.

7. Upon adjudication of all third-party interests in the Ammunition, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7), addressing all interests.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, this 18th day of August 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE